# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Clark,<br><br>             Plaintiff,<br><br>   vs.<br><br>Aldous & Associates, PLLC; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No:  CV-14-08208-PCT-MHB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the parties (Docs. 20, 21), and good cause shown,

IT IS ORDERED that this case is dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

Dated this 26th day of February, 2015.

_Michelle H. Burns_
Michelle H. Burns
United States Magistrate Judge